IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In Re: | * | Case No.  08-14308 RAG |
| | * | Chapter 7 |
| Thomas-Ralph Edouard Michel | | |
| Heather Lynne Michel | * | |
| | * | |
| Debtor(s). | * | |
| | * | |

## *NOTICE OF DENIAL OF A DISCHARGE*

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

      Pursuant to Federal Bankruptcy Rule 4006, notice is hereby given of the entry of an Order Denying the Debtor a Discharge on September 14, 2009 in  Adversary Proceeding Nos. 08-00684 (Wells Fargo Financial Maryland, Inc. vs. Thomas-Ralph Edouard Michel) and 08-00688 (Joseph J. Bellinger vs. Thomas-Ralph Edouard Michel and Heather Lynne Michel).

      No notice of appeal from this order has been filed, and no motion of the kind as made applicable by Federal Bankruptcy Rule 9024 has been filed.

      The Debtor(s)' Discharge in the above-referenced bankruptcy case has been Denied.

Mark Sammons, Clerk

Dated: September 29, 2009    /s/Gordon Whitt
                                       Deputy Clerk, Gordon Whitt

Clerk-45 -- 8/21/06(gaw)