

_____
ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| Thomas-Ralph Michel and | * | Case No. 08-14308-RG |
| Heather Lynn Michel | | Chapter 7 |
| | * | |
| Debtors | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER DISSOLVING ORDER TO JUSTIFY FEE

Adam Freiman, having responded to the Court's Order to justify the fees of $1,750.00 charged in this case, and upon the Court's review after consideration of Counsel's Memorandum in Response to Order to Justify Fee (Dkt. No. 75) and good cause appearing therein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Order to Justify Fee (Dkt. No. 73) entered on October 16, 2009 is hereby dissolved.

cc: Counsel for Debtor(s) – Adam Freiman
    Trustee -
    Debtor(s)
    U.S. Trustee

**End of Order**